**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DODY BUSH-RETHERFORD,** | ) | |
| | ) | **1:10-cv-00052-JMM** |
| **Plaintiff,** | ) | |
| | ) | **Judge Moody** |
| v. | ) | **Magistrate Judge Kearney** |
| | ) | |
| **MSCB, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

_____
Hon. James M. Moody
United States District Judge

Dated:      10-12-2010

1